**JUDGE DAVID GUADERRAMA**

**Attachment 4 - Motion to Proceed in *Forma Pauperis***

AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

| | |
|---|---|
| Deliris Montanez Berrios ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| Chris Magnus -Commissioner - U.S. Customs and Border Protection ) | **EP22CV0139** |
| *Defendant* ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: **Self-employed/Retiree**

My take-home pay or wages are: **Loss as starting** per *(specify pay period)* **N/A** .
**a business on a medical condition**

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☒ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☒ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☒ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☒ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Self employment - $50 per client when booking of appointment
Interest - $100 or less a year
Pension - $3700 a month
Disability - $3,700 a month

33

Rev. Ed. October 26, 2017

AO 240  (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:

Available $25,000

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Motorcycle - 1997
Automobile - Year 2008
Truck - Year 2016
Horse trailer - Year 2016
Home - Year 2000
Parents Home $340,000 (Invested my TSP)

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: Approximate amounts as some vary per month

Mortgage $1,000
Electricity $400
Internet $30
Phone $70
Gas $90
Water $350
Waste Disposal $220
Horses Supplements $1,550

Payroll $2,600
Employment Taxes $1,000
Gasoline $400
Groceries $300
Housekeeper $150
Miscellaneous $400
Alarm Systems $106
Ranch Insurance $500

Business Coach $125
Auto Insurance $250
Cable $23
Lions Club $27
Rotary Club $15

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

My mother (disabled) and father (veteran) will be moving, relocating from PR, with me in the fall of 2022.
Jose S. Montanez
Lilliam E. Berrios

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

As of April 2022: Rounded amounts
Visa Card - USAA - $21,000
American Airlines - Aviator Master Card - $17,000
Mortgage - Home - $118,000

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  4.25.2022

*Deliris Montanez*
*Applicant's signature*

34

Rev. Ed. October 26, 2017

<u>Deliris Montanez Berrios</u>
*Printed name*

Rev. Ed. October 26, 2017