# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 06, 2022

Mr. Philip Devlin
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

      Re: Deliris Montanez Berrios

Dear Mr. Devlin,

I am returning the notice of appeal because it is not directed to this court. The notice of appeal indicates that it is directed to the district court.

      Sincerely,

      LYLE W. CAYCE, Clerk

      By: _____
      Charles B. Whitney, Deputy Clerk
      504-310-7679